PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8974
    Facsimile: (415) 744-0134
    Email: ann.maley@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA CROKER, | No. 2:15-cv-02423-EFB |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE EAJA FEES** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

## **ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, IT IS ORDERED that fees, costs and

1

expenses in the amount of $ 5,600 and $400 in costs as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: July 5, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE